ADAM EMMERICH, Appellant, *v.* PETER HEFFERAN et al., Respondents.

(Argued March 5, 1889; decided March 12, 1889.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made March 1, 1886, which affirmed a judgment in favor of plaintiff.

This was a motion to reverse, founded upon an order to show cause issued under section 1298 of the Code of Civil Procedure.

*William G. McCrea* for motion.

Agree to reverse and to grant new trial.

All concur.

Judgment reversed.